

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rendell, Marjorie O. | USCA - 3CA - Philadelphia | 04/28/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Court Judge (Active) | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. Court of Appeals<br>601 Market Street, Room 21613<br>Philadelphia, PA 19106-1598 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Avenue of the Arts, Inc. |
| 2. Director | Regional Performing Arts Center |
| 3. Member, Board of Overseers | School of Nursing, University of Pennsylvania |
| 4. Executrix | Estate of Gerry Harkavy |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

# Rendell, Marjorie O.

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/28/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 07/15/10 | Fee as Executrix of Estate of Gerry Harkavy | $3,500.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Philadelphia Sports Media L.P. - TV Sports Commentator |
| 2. 2010 | Commonwealth of Pennsylvania - earnings for services as Governor |
| 3. 2010 | City of Philadelphia - pension |
| 4. 2010 | University of Pennsylvania - Instructor |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Jack Miller Center | 5/13/10 | Chicago, IL | Symposium for Civic Education | Travel |
| 2. | American Bar Assoc | 08/06/10-08/08/10 | San Francisco, CA | Annual meeting, Panal on Civic Education | Travel, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/28/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Philadelphia Orchestra | Academy Ball tickets | $800.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Cape Savings Bank, Cape May, NJ | Mortgage on rental property | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | E | Dividend | P1 | T | | | | | |
| 2. -Adams Harkness Sm. Cap | | | | | | | | | |
| 3. -Artio Int'l Equity Fund | | | | | Sold | 08/11/10 | K | A | |
| 4. -Baron Growth | | | | | Buy | 09/17/10 | K | | |
| 5. -BlackRock Low Duration Bd | | | | | | | | | |
| 6. -Brandywine | | | | | | | | | |
| 7. -DFA Emerging Mkts Core Equity | | | | | Sold (part) | 04/29/10 | J | C | |
| 8. -DFA Intl Value | | | | | Buy (add'l) | 04/29/10 | J | | |
| 9. -DFA one year fixed | | | | | | | | | |
| 10. -DFA US Large Cap Value | | | | | | | | | |
| 11. -DFA U.S. Micro Cap | | | | | Buy (add'l) | 04/29/10 | J | | |
| 12. -DFA US Small Cap Value | | | | | | | | | |
| 13. -Dodge & Cox stock | | | | | | | | | |
| 14. -Federated 1-3 year US Gov't Sec. | | | | | Sold | 10/29/10 | K | A | |
| 15. -Federated Gov. Ultrashort Duration | | | | | Buy | 11/01/10 | K | | |
| 16. -First Eagle Overseas | | | | | | | | | |
| 17. -Hotchkis & Wiley Large Cap Value | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Hotchkis & Wiley Mid-Cap Value | | | | | Sold (part) | 04/29/10 | J | A | |
| 19. -Janus Fund | | | | | | | | | |
| 20. -Janus Overseas Fund | | | | | | | | | |
| 21. -Metropolitan West Total Return | | | | | Buy (add'l) | 04/29/10 | J | | |
| 22. -Morgan Stanley Inst Emerging Markets | | | | | | | | | |
| 23. -Morgan Stanley Inst International Equity | | | | | | | | | |
| 24. -Royce Opportunity | | | | | | | | | |
| 25. -Royce Value Plus | | | | | | | | | |
| 26. -Schwab Adv Cash Reserv Prem & Cash | | | | | | | | | |
| 27. -Third Avenue Intl Value | | | | | | | | | |
| 28. -Thornburg Intl Value | | | | | | | | | |
| 29. -Turner Small Cap Equity I | | | | | Sold | 09/16/10 | K | | |
| 30. -Westcore Intl Frontier | | | | | | | | | |
| 31. -Westcore Mid-Cap Opportunity | | | | | | | | | |
| 32. -Westcore Mido Growth | | | | | | | | | |
| 33. -William Blair International Growth | | | | | Buy | 08/12/10 | K | | |
| 34. -William Blair Lg Cap Growth | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -William Blair Intl Smll Cap Growth | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. IRA #2 | A | Dividend | L | T | | | | | |
| 38. -FirstEagle Global Class I | | | | | | | | | |
| 39. -Perkins Mid Cap Value | | | | | Buy | 04/29/10 | J | | |
| 40. -Schwab Adv Cash Reserv Prem & Cash | | | | | | | | | |
| 41. -Thornberg Value Fund | | | | | Sold | 04/29/10 | J | C | |
| 42. -William Blair Growth | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. IRA #3 | B | Dividend | M | T | | | | | |
| 45. -Artio Int'l Equity Fund | | | | | Sold | 08/11/10 | J | A | |
| 46. - Baron Growth | | | | | Buy | 09/17/10 | J | | |
| 47. -DFA Emerging Markets Core Equity | | | | | | | | | |
| 48. -DFA Intl Value | | | | | | | | | |
| 49. -DFA One Yr Fixed | | | | | | | | | |
| 50. -Federated 1-3 Yr. U.S. Gov't Sec. | | | | | Sold | 10/29/10 | K | A | |
| 51. -Federated Gov Ultrashort Duration | | | | | Buy | 11/01/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B.(1) Amount Code 1 (A-H) | B.(2) Type (e.g., div., rent, or int.) | C.(1) Value Code 2 (J-P) | C.(2) Value Method Code 3 (Q-W) | D.(1) Type (e.g., buy, sell, redemption) | D.(2) Date mm/dd/yy | D.(3) Value Code 2 (J-P) | D.(4) Gain Code 1 (A-H) | D.(5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. -Hotchkis & Wiley Large Cap Value | | | | | | | | | |
| 53. -Janus Overseas | | | | | Buy | 08/12/10 | J | | |
| 54. -Metropolitan West Total Return | | | | | | | | | |
| 55. -Morgan Stanley Int'l Equity | | | | | | | | | |
| 56. -Royce Opportunity Fund | | | | | | | | | |
| 57. -Royce Value Plus | | | | | | | | | |
| 58. -Schwab Adv Cash Reserv Prem & Cash | | | | | | | | | |
| 59. -Third Ave Intl Value | | | | | | | | | |
| 60. -Turner Core Growth | | | | | | | | | |
| 61. -Turner Small Cap Equity | | | | | Sold | 09/16/10 | J | A | |
| 62. -Westcore Mid Cap Opportunity | | | | | | | | | |
| 63. -Westcore Midco Growth | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. IRA #4 | A | Dividend | K | T | | | | | |
| 66. -Adams Harkness Small Cap Growth | | | | | | | | | |
| 67. - Brandywine Fund | | | | | | | | | |
| 68. -Dodge & Cox stock | | | | | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes            J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                       P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
(See Column C2)           U =Book Value           V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
| --- | --- |
| Rendell, Marjorie O. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Morgan Stanley Int'l Equity | | | | | | | | | |
| 70. -Schwab Adv Cash Reserv Prem & Cash | | | | | | | | | |
| 71. | | | | | | | | | |
| 72. Artio Int'l Equity Fund | | None | | | Sold | 08/11/10 | K | A | |
| 73. Baron Growth | | None | K | T | Sold (part) | 04/29/10 | K | C | |
| 74. Beckman Coulter | A | Dividend | K | T | | | | | |
| 75. Coca Cola | B | Dividend | L | T | | | | | |
| 76. DFA Emerging Markets Core Equity | A | Dividend | K | T | Sold (part) | 04/29/10 | J | C | |
| 77. DFA Short Term Muni Bond I | B | Dividend | L | T | | | | | |
| 78. DFA Tax Managed Intl Value | A | Dividend | K | T | | | | | |
| 79. DFA Tax Mgd US Mktwide Value | A | Dividend | K | T | | | | | |
| 80. DFA Tax Mgd US Targeted Value | A | Dividend | K | T | | | | | |
| 81. DFA US Micro Cap | A | Dividend | J | T | | | | | |
| 82. Dodge & Cox Stock | A | Dividend | J | T | Sold (part) | 04/29/10 | J | A | |
| 83. Federal Nat'l Mortgage Assoc. | | None | J | T | | | | | |
| 84. Federated Short Term Muni Bond Fund | B | Dividend | L | T | Buy (add'l) | 01/28/10 | K | | |
| 85. | | | | | Sold (part) | 04/29/10 | J | A | |

1. Income Gain Codes: (See Columns B1 and D4)   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes (See Column C2)   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. First Eagle Overseas CL1 | A | Dividend | K | T | | | | | |
| 87. General Electric - common stock | A | Dividend | K | T | | | | | |
| 88. GlaxoSmithKline | B | Dividend | K | T | | | | | |
| 89. Hotchkis & Wiley Large Cap Value | A | Dividend | K | T | Buy (add'l) | 04/29/10 | K | | |
| 90. Hotchkis & Wiley Mid Cap Value | A | Dividend | K | T | Buy (add'l) | 04/29/10 | K | | |
| 91. Janus Fund | A | Dividend | K | T | | | | | |
| 92. Janus Mid Cap Value | A | Dividend | | | Sold | 04/29/10 | J | A | |
| 93. Janus Overseas Fund | A | Dividend | K | T | | | | | |
| 94. McDonalds Corp. | A | Dividend | K | T | | | | | |
| 95. Metropolitan West Total Return | D | Dividend | L | T | Buy (add'l) | 01/28/10 | J | | |
| 96. Morgan Stanley Int'l Equity | A | Dividend | K | T | | | | | |
| 97. Royce Opportunity Fund | | None | K | T | | | | | |
| 98. Schwab Money Market & Cash | A | Dividend | K | T | | | | | |
| 99. Sound Shore | A | Dividend | J | T | Sold (part) | 04/29/10 | J | A | |
| 100. Third Avenue Intl Value | A | Dividend | L | T | Buy (add'l) | 04/29/10 | J | | |
| 101. -Thornburg International Value | A | Dividend | K | | Buy | 08/12/10 | K | | |
| 102. -Thornburg Limited Term Muni | A | Dividend | K | | Buy | 04/29/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Turner Core Growth | A | Dividend | K | T | | | | | |
| 104.  Turner Small Cap Equity | | None | | | Buy | 04/29/10 | K | | |
| 105. | | | | | Sold | 09/16/10 | K | A | |
| 106.  Wal-Mart Stores, Inc. | A | Dividend | K | T | | | | | |
| 107.  Westcore Intl Frontier Fund | A | Dividend | K | T | | | | | |
| 108.  Westcore Mid Cap Value | A | Dividend | K | T | | | | | |
| 109.  Westcore Midco Growth | | None | K | T | | | | | |
| 110.  William Blair Large Cap Growth | A | Dividend | K | T | | | | | |
| 111.  William Blair Mid Cap | | None | K | T | | | | | |
| 112.  William Blair Small Cap | | None | K | T | Buy | 09/17/10 | K | | |
| 113. | | | | | | | | | |
| 114.  Rental property in Ocean City, NJ (2000 - $645,000) | E | Rent | P1 | S | | | | | |
| 115. | | | | | | | | | |
| 116.  State Street Institutional Reserve | A | Dividend | | | Distributed (part) | 07/15/10 | J | A | |
| 117. | | | | | Distributed | 09/15/10 | J | A | |
| 118. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O. | 04/28/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part IV. REIMBURSEMENTS

As First Lady of the Commonwealth of Pennsylvania, I have founded the Pennsylvania Coalition for Representative Democracy (PennCORD), which is committed to improving civic learning for students in grades K-12. The other founding partners of the coalition include the Pennsylvania Department of Education, the Pennsylvania Bar Association, and the National Constitution Center. Travel in and around Pennsylvania for PennCORD is paid for by the Commonwealth or PennCORD; transportation is via state owned car, bus, or plane.

Part VII. INVESTMENTS AND TRUSTS

The item listed in Section VII, on line 116, is an investment asset of the Estate of Gerry Harkavy, Deceased, of which I am the Executrix. Funds were distributed to the beneficiaries on 7/15 and 9/15, and estate was closed in 2010.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marjorie O. Rendell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544